# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2025-1174

———————————————————

ROBERT JAMES POOLEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


November 13, 2025


PER CURIAM.

The Court denies the petition alleging ineffective assistance
of appellate counsel on the merits.

BILBREY, KELSEY, and LONG, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Robert James Pooley, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.